

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| Clayton S. Construction, LLC and Clayton Shoot, | § | No. 08-21-00190-CV |
|  | § | Appeal from the |
| Appellants, | | |
|  | § | 394th District Court |
| v. | | |
|  | § | of Brewster County, Texas |
| Roy B. Ferguson, and Pene S. Ferguson d/b/a The Ferguson Law Firm, | § | (TC# CVB20435) |
|  | | |
| Appellees. | § | |
|  | § | |

**O R D E R**

On January 5, 2022, the Texas Supreme Court of Texas ordered that the above-styled and numbered cause be transferred to the Seventh Court of Appeals, in Amarillo, Texas, and it instructed this Court to issue an order transferring the cause. It is therefore ordered that the Clerk of the Court take the steps necessary to transfer the case to the Seventh Court of Appeals in compliance with the Supreme Court's order.

IT IS SO ORDERED this 6th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.